# Court of Appeals
# of the State of Georgia

ATLANTA,    May 24, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1875.  JULIA LOFTON v. ALFONZO LORENZO HOWARD.

Julia Lofton filed suit against Alfonso Howard in magistrate court, which entered judgment in favor of Howard and awarded $5,000 for a counterclaim.  Lofton filed a document in the magistrate court, which that court construed as a notice of direct appeal, and the appeal was transmitted to this Court.  A ruling entered in the magistrate court, however, may only be reviewed in the state court or in the superior court as provided under OCGA § 15-10-41. *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991).

The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII. Accordingly, this appeal is hereby TRANSFERRED to the Fulton County Superior Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/24/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*